UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Anya Lewis Lewis,

                        Debtor.

_____/

Case No. 26-43132
Chapter 7
Judge Thomas J. Tucker

**ORDER DISMISSING CASE DUE TO THE DEBTOR'S FAILURE TO TIMELY FILE
THE CORRECTED VOLUNTARY PETITON, A CREDITOR MATRIX, AND
NUMEROUS OTHER REQUIRED DOCUMENTS, AND BARRING THE DEBTOR
FROM FILING ANY NEW BANKRUPTCY CASE UNLESS AND UNTIL THE DEBTOR
HAS PAID IN FULL THE FILING FEE FOR THIS CASE**

The Debtor has failed to timely file a corrected Voluntary Petition, a Creditor Matrix, and numerous required documents in accordance with the Court's procedures:

- Application to Waive the Filing Fee
- Bankruptcy Petition Cover Sheet
- Statement About Your Social Security Number(s)

Further, a request for an extension of time was not timely filed. ACCORDINGLY,

**IT IS ORDERED** that under Fed. R. Bankr. P. 1007, this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the $338.00 filing fee for this case.

**Signed on April 1, 2026**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

# United States Bankruptcy Court
## Eastern District of Michigan

In re:

Anya Lewis Lewis

    Debtor

Case No. 26-43132-tjt

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0645-2

Date Rcvd: Apr 01, 2026

User: admin

Form ID: pdf05

Page 1 of 1

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

**Recip ID**          **Recipient Name and Address**
db             + Anya Lewis Lewis, 11672 Westwood St, Detroit, MI 48228-1353

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name**          **Email Address**

K. Jin Lim

          kjinlimtrustee@gmail.com  MI13@ecfcbis.com

TOTAL: 1